adreadedclimber



**adreadedclimber**   Follow   Message

**106** posts    **15K** followers    **2,918** following

**Manoah Ainuu**
💚💛❤️Ethiopian&Samoan🇪🇹🇦🇸🤙🏽Vegan-Animals=friends not food 🌱Music is a beautiful thing-Mac Miller. Bzn, MT  @thenorthface @smartwool @fullcircleeverest

     

🔲 **POSTS**      ▶️ **REELS**      👤 **TAGGED**

  
  

