

Articles  People  Learning



### Dave Burleson

Athlete Manager, Reppa, Talent Agency

Salt Lake City, Utah, United States

657 followers · 500+ connections

 See your mutual connections

Join to view profile

**REPPA**

Poquoson High School

   Articles    People    Learning

## Experience

 **Athlete/Talen Manager**
REPPA
Aug 2023 - Present · 2 months
North Carolina, United States

 **Global Senior Athlete Coordinator**
The North Face, a VF Company
May 2018 - Aug 2023 · 5 years 4 months
Denver, Colorado, United States

 **Athlete and Event Coordinator**
Petzl America
Jun 2009 - May 2018 · 9 years