

 11:16

OUTDOORRESEARCH
**Posts**

**214 likes**

**outdoorresearch** Welcome to the official arrival of summer.

The Summer Solstice marks the zenith of the sun's journey, where its rays reach the northernmost point in the sky. As the Earth's axial tilt reaches its maximum, we celebrate the longest day and shortest night of the year.

Discover the perfect gear to conquer the longer days. From lightweight apparel to sun-protective accessories, step into the season of adventure and soak up the golden moments that await. ⛺ 😊

#outdoorresearch #thriveoutside #lifestyle #summer #summersolstice #lakeday

View all 47 comments

**benjamintfleming** #JohnFromOR needs to go

5 days ago

**outdoorresearch** ...

    

11:15

**Comments**

andeewaslike 5d
Ok but what are you going to do about John in gloves on this summer solstice? Seems like the perfect time to fire an aggressive racist white man and get a new start with a POC.
19 likes Reply

lizzyalane 4d
And they hid this comment 🙄
8 likes Reply

_lion_craft_ 3d
Pushing equality of outcome is the bane of our current society.
2 likes Reply

Hide replies

hugo.uno 4d

Add a comment for out... GIF

8:07

Post

...araexperience If you're a person of color in the ...ors you know that many places aren't safe for you. We have all had the moment: your white friend pulls into a rural gas station, your stomach is in knots. You can tell this is one not for you.

You're racking up at a remote trailhead when a truck with confederate flags pulls up. 4 cowboys in trump hats approach you. Your white friends notice the cool old truck, but you got survival on your mind. Same experience, different reality.

Our Ethiopian/Samoan brother Manoah @adreadedclimber shared a story this week: He's hanging at a bar in Bozeman MT when a white guy questions his right to be there. Then picks a fight with him. Refuses to leave. Asking a black man with dreads: ... age is any of this guy's ...

All of these ... An enabler. White ... social " ... honestly don't was ... all the racists ou ... abled by his employer: @outdoorresearch

**Big up to Z for the enlightenment/ education. Please read. Rockies being rocky**

I get it, they had nothing to do with the situation. It wasn't their fault. That's how enablers always feel, and that's what protects racism.

Brands that knowingly employ individuals with racist tendencies - are enablers. But OR I am sure you're not ok with this, I see you have a diversity statement on your website. So find your voice, clear your throat, and speak clearly. We will wait. In the absence of your words, your silence speaks volumes.

And to the rest of us - the world isn't as we made it, but that doesn't absolve us. It's up to us to un-make it, to dismantle the racism where we see it, lest we enable it.

One of our 3 values is to Empower Underrepresented Athletes. But we get it - this isn't why you followed us, you

Send message

5:36

adreadedclimber 2h

vasu_sojitra

FWIW:

US mountain town are very difficult to live in for a person of color.

We don't see ourselves in so many situations. Our food, our languages, our clothing, our art, our people, our culture. So much so that many of us move out. It's this paradox where many of these town need more cultural diversity or they're gonna boom and bust, but they also push cultural diverse folks out due to a limited knowledge around race and ethnicity (gender, sexuality, ability also fall into this). Not knowing what to say or how to work together with someone with a completely different lives experience.

Yeah the blame can be pointed at the individual. the Johnatan's of the world. But I really want us to be critical of how these Johnathan's have been created; Our education systems, our policies, our media, our books. What info are we intaking to help build communities that welcomes the few or excluded the many. Because hate is taught and love is natural.

I deeply appreciate everyone that's messaged me about Manoah's (@adreadedclimber) story and Mika's story (#MikaMatters). These are just one of a the few very hateful things that have surfaced, but please know you're not alone in this. It is a constant and many of us know we're in it for the long haul. It's not about "me" it's about "we".

Send message

## Comments

Y'all posted a story, publicly, that it was being handled. You felt the need to let your customer base know that you had started a process to rectify this. Why do you not feel the need to follow up?

4 likes Reply

adreadedclimber 8h

@vandeventer ^ lip service is worse than nothing. We're all very disappointed OR. Next time (there probably will be since y'all obviously don't care) don't post a vague story meaning nothing.

1 like Reply

jay_b1008 10h

@outdoorresearch it's your turn to do the right thing. #byejohn ✌🏾

5 likes Reply

Add a comment for out...

5:35

## Comments

hillaryannec 8h

How have y'all still not attempted to make things right with Manoah? Be transparent about your timeline and actions or at least be transparent about your choice to endorse your employee's racism.

3 likes Reply

skyestoury 1w

Loving all the spring and summer colors!

5 likes Reply

jenssog 12h

@skyestoury I don't know, @outdoorresearch has been very white lately?

2 likes Reply

em.boman 1w

Really troubling to not see a response regarding the

Add a comment for out...

5:01 5G

**Comments**

sarahferocity 7h

@outdoorresearch this is your two week notice. No public response regarding your racist employee Jon Talbot? Time is up OR, you did @adreadedclimber so wrong & I've lost any confidence in your company actually practicing what it preaches 🧹 💨 🚪

1 like Reply

andeewaslike 1w

Ok but what are you going to do about John in gloves on this summer solstice? Seems like the perfect time to fire an aggressive racist white man and get a new start with a POC.

20 likes Reply

View 2 more replies

hugo.uno 1w

       

 Add a comment for out... 

4:59 5G

**Comments**

Hide replies

      

Add a comment for out... 

4:28

OUTDOORRESEARCH
**Posts**

**Comments**

is attacking a Black climber and community member for his work on diversity and inclusion in the outdoor industry. Best practice is to say thanks and then pass these tips on to leadership

56 likes Reply

_._here.there.everywhere_._ 6w

@hillaryannec clearly, accountability is not part of @outdoorresearch corporate values

Reply

      

 Add a comment for out...

2:06
OUTDOORRESEARCH
Posts
Comments
mayamcfire 6w
Hold your employees accountable and do the right thing!! The outdoor community and the world are looking at you. Be the change!! Set the standard that bigotry and hatred is not tolerated!!
6 likes Reply
prishliak.andrej 6w
your meat is burnt😂😂
2 likes Reply
Add a comment for out...
GIF
2:06
OUTDOORRESEARCH
Posts
Comments
fuserloser 6w
You hired a see you next Tuesday, and can't simply fire them, which implies that you are yourselves sad boot lickers
Reply
bigalculus 4w
Lightweight? Sounds like OR'a commitment to making the outdoors and it's gateway communities a friendly environment for everyone. OR gear is trash, as are OR employees who assault people
Add a comment for out...
GIF
2:06
OUTDOORRESEARCH
Posts
Comments
hillaryannec 6w
Comms person to comms person, it's really not a good idea to delete comments where folks are very generously letting you know that a white employee is attacking a Black climber and community member for his work on diversity and inclusion in the outdoor industry. Best practice is to say thanks and then pass these tips on to leadership
56 likes Reply
View 1 more reply
Post

