**adreadedclimber** 2h
From Create Mode

Talked with @outdoorresearch yesterday. Felt heard. Still awaiting further response. This is not just for me, it's for Us. Overwhelmed and drained—but hopeful of mellower times for Us all.
Thank you to all who spoke up and came together. This is where its at. Better together.

**adreadedclimber** 1h
From Create Mode

Vagueness because of vagueness. Hoping for action and clarity. There are legal obligations to employees—but need something.