AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

|  |  |
|---|---|
| Jonathan Talbot <br> *Plaintiff(s)* <br> v. <br> Manoah Ainuu, The North Face Apparel Corp. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. CV-23-66-BU-BMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The North Face Apparel Corp.
3411 Siverside Rd
Wilmington, DE 19810-4812

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Monforton
Monforton Law Offices
32 Kelly Court
Bozeman, MT 59718

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: October 2, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Montana

Jonathan Talbot

*Plaintiff(s)*

v.

Manoah Ainuu, The North Face Apparel Corp.

*Defendant(s)*

Civil Action No. CV 23-66-BU-BMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Manoah Ainuu
1665 Alder Ct.
Bozeman, MT 59715-5455

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Monforton
Monforton Law Offices
32 Kelly Court
Bozeman, MT 59718

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 2, 2023

*Signature of Clerk or Deputy Clerk*

UNITED STATES COURTS
E PLURIBUS UNUM
MONTANA