MELOY LAW FIRM

Peter Michael Meloy
P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@melowlawfirm.com

BALLARD SPAHR LLP

Leita Walker, MN Bar No. 0387095*
Isabella Salomão Nascimento, MN Bar No. 0401408*
2000 IDS Center
80 S. 8th St.
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211
Facsimile:  (612) 371-3207
Email: walkerl@ballardspahr.com
Email: salomaonascimentoi@ballardspahr.com

Seth D. Berlin, DC Bar No. 433611*
1909 K St., NW
12th Floor
Washington, DC 20006
 Telephone: (202) 661-2200
Facsimile: (202) 661-2299
Email: berlins@ballardspahr.com

*Pro hac vice applications forthcoming

**Attorneys for Defendant VF Outdoor, LLC d/b/a/ The North Face**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>                Plaintiff,<br><br>v.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., A Delaware Company,<br><br>                Defendants. | Court File No. CV 23-66-BU-BMM<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Defendant, VF Outdoor, LLC d/b/a The North Face (incorrectly sued as The North Face Apparel Corp.), by and through counsel, hereby moves the Court pursuant to Fed. Rule 12(a) and Local Rule 7.1(c), for an Order extending the time to answer or otherwise respond to Plaintiff's Complaint to and including December 19, 2023  Plaintiff's counsel were consulted with respect to this motion and they have no objection, thereto.

DATED this 28th day of October, 2023.

| **MELOY LAW FIRM** | BALLARD SPAHR LLP |
|---|---|
| | Leita Walker, MN Bar No. MN Bar No. 0387095* |
| By: */s/Peter Michael Meloy* | Isabella Salomão Nascimento, MN Bar No. 0401408* |
| Peter Micahel Meloy | 2000 IDS Center |
| P.O. Box 1241 | 80 S. 8th St. |
| Helena, MT 59624 | Minneapolis, MN 55402-2119 |
| Telephone: (406) 442-8670 | Telephone: (612) 371-3211 |
| Email: mike@melowlawfirm.com | Facsimile:  (612) 371-3207 |
| | Email: walkerl@ballardspahr.com |
| | Email: salomaonascimentoi@ballardspahr.com |
| | |
| | Seth D. Berlin, DC Bar No. 433611* |
| | 1909 K St., NW |
| | 12th Floor |
| | Washington, DC 20006 |
| | Telephone: (202) 661-2200 |
| | Facsimile: (202) 661-2299 |
| | Email: berlins@ballardspahr.com |
| | |
| | *Pro hac vice* applications forthcoming |

**Attorneys for Defendant VF Outdoor, LLC d/b/a/ The North Face**

## **CERTIFICATE OF SERVICE**

I hereby certify that on 28th day of October 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record pursuant to the Local Rules.

/s/ *Peter Michael Meloy*
Peter Michael Meloy