# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>Plaintiff,<br><br>v.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., A Delaware Company,<br><br>Defendants. | Court File No. CV 23-66-BU-BMM<br><br>**[PROPOSED] ORDER UPON UNNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Upon consideration of the unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Complaint, and good cause appearing therefore, the time for Defendant, VF Outdoor, LLC d/b/a The North Face (incorrectly sued as The North Face Apparel Corp.), to answer or other respond to the Complaint is extended until December 19, 2023.

By: _____
The Honorable Brian Morris
Chief Judge of the District Court