| | |
|---|---|
| MELOY LAW FIRM | BALLARD SPAHR LLP |
| Peter Michael Meloy<br>P.O. Box 1241<br>Helena, MT 49624<br>Telephone: (406) 442-8670<br>Email: mike@meloylawfirm.com | Leita Walker, MN Bar No. 0387095*<br>Isabella Salomão Nascimento, MN Bar No. 0401408*<br>2000 IDS Center<br>80 S. 8th St.<br>Minneapolis, MN 55402-2119<br>Telephone: (612) 371-3211<br>Facsimile: (612) 371-3207<br>Email: walkerl@ballardspahr.com<br>Email: salomaonascimentoi@ballardspahr.com<br><br>Seth D. Berlin, DC Bar No. 433611*<br>1909 K St., NW<br>12th Floor<br>Washington, DC 20006<br>Telephone: (202) 661-2200<br>Facsimile: (202) 661-2299<br>Email: berlins@ballardspahr.com<br>*Pro hac vice applications pending |

*Attorneys for Defendant VF Outdoor, LLC d/b/a/ The North Face*

_____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **JOHNATHAN TALBOT,**<br><br>　　　　　　**Plaintiff**,<br>**v.**<br><br>**MANOAH AINUU,** *et al.*,<br><br>　　　　　　**Defendants**. | **Case No. 2:23-cv-00066-BMM**<br><br>**AFFIDAVIT OF SETH D. BERLIN** |

I, Seth D. Berlin, being duly sworn, depose and say:

1. I am a partner at the law firm Ballard Spahr LLP.

2. I am a resident of the State of Maryland.  My office address and contact information is as follows:

> 1909 K St., NW
> 12th Floor
> Washington, DC 20006
> Ph: (202) 661-2200
> Fax: (202) 661-2299
> berlins@ballardspahr.com

3. The corresponding admission fee for this Application will be paid simultaneously with its filing.

4. I am proficient in electronic filing using PACER NextGen, including in the U.S. District Courts for the District of Columbia, the District of Maryland, and the Eastern, Southern, and Northern Districts of New York.

5. I am admitted to the following courts and jurisdictions:

| STATE/COURT | ADMISSION DATE |
| --- | --- |
| *State Bar Admissions* | |
| Maryland | 12/17/1991 |
| District of Columbia | 07/10/1992 |
| New York | 08/21/2001 |
| *Supreme Court of the United States* | 03/02/1998 |
| *United States Courts of Appeal* | |
| for the 2nd Circuit | 11/05/2013 |
| for the 4th Circuit | 10/25/1996 |
| for the 5th Circuit | 11/5/2021 |
| for the 9th Circuit | 03/08/1994 |
| for the 11th Circuit | 11/30/2012 |
| for the District of Columbia Circuit | 10/31/1996 |
| for the Armed Forces | 07/07/2008 |

| STATE/COURT | ADMISSION DATE |
|---|---|
| *United States District Courts* | |
|    for the District of Columbia | 08/03/1992 |
|    for the District of Maryland | 03/04/1996 |
|    for the Eastern District of New York | 06/24/2003 |
|    for the Southern District of New York | 06/24/2003 |
|    for the Northern District of New York | 11/02/2022 |

6. My admission to any of these courts has never been terminated, and I am in good standing and eligible to practice in each.

7. I am not currently suspended or disbarred in any court.

8. I have not ever been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b) or their state equivalent.

9. I have not, within the past two years, made any application to appear *pro hac vice* in this court.

10. I understand that *pro hac vice* admission in this court is personal to the attorney only and is not admission of a law firm and that the attorney will be held fully accountable for the conduct of the litigation in this court.

11. I will conduct myself in accordance with the rules and regulations governing the conduct of attorneys within the State of Montana and this Court. Specifically, I certify that contemporaneously with this filing, I have complied with Montana Rule of Professional Conduct 8.5. I understand that if I am admitted *pro hac vice*, I will be within the disciplinary authority of the State of Montana.

Under penalty of perjury, I declare the foregoing to be true and correct.

Dated this 31st day of October, 2023.

_____
Seth D. Berlin