| | |
|---|---|
| MELOY LAW FIRM | BALLARD SPAHR LLP |
| Peter Michael Meloy<br>P.O. Box 1241<br>Helena, MT 49624<br>Telephone: (406) 442-8670<br>Email: mike@meloylawfirm.com | Leita Walker, MN Bar No. 0387095*<br>Isabella Salomão Nascimento, MN Bar No. 0401408*<br>2000 IDS Center<br>80 S. 8th St.<br>Minneapolis, MN 55402-2119<br>Telephone: (612) 371-3211<br>Facsimile:  (612) 371-3207<br>Email: walkerl@ballardspahr.com<br>Email:salomaonascimentoi@ballardspahr.com<br><br>Seth D. Berlin, DC Bar No. 433611*<br>1909 K St., NW<br>12th Floor<br>Washington, DC 20006<br>Telephone: (202) 661-2200<br>Facsimile: (202) 661-2299<br>Email: berlins@ballardspahr.com<br>*Pro hac vice applications forthcoming |

*Attorneys for VF Outdoor, LLC d/b/a The North Face*

_____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>　　　　　　**Plaintiff**,<br>v.<br><br>MANOAH AINUU, *et al.*,<br><br>　　　　　　**Defendants**. | Case No. 2:23-cv-00066-BMM<br><br>**MOTION FOR LEAVE FOR LEITA WALKER TO APPEAR *PRO HAC VICE*** |

NOW COMES Defendant VF Outdoor, LLC d/b/a The North Face ("The North Face"), incorrectly sued as The North Face Apparel Corp., by and through undersigned counsel, and hereby moves for an Order permitting Mary Andreleita ("Leita") Walker to appear *pro hac vice* for all purposes, including being heard in open court, in the above-referenced matter, and in support thereof states:

1. The North Face has retained Leita Walker of Ballard Spahr LLP to represent it in the matter.

2. Ms. Walker is of good moral character and meets the requirements for *pro hac vice* admission under Local Rule 83.1(d).

3. Attached hereto is the affidavit of Ms. Walker, as required by Local Rule 83.1(d)(4).

4. Ms. Walker does not reside in Montana and is not regularly employed in Montana.

5. The undersigned is a member in good standing of the Bar of this Court and hereby consents to serve as local counsel as required by L.R. 83.1(d)(3).

Based on the foregoing, The North Face moves the Court for an Order admitting Leita Walker *pro hac vice* in the above-captioned matter.  This motion is accompanied by a proposed order.

DATED this 31st day of October, 2023.

                                        **MELOY LAW FIRM**

                              By:  */s/ Peter Michael Meloy*
                                  Peter Michael Meloy
                                  P.O. Box 1241
                                  Helena, MT 59624

                                  *Attorneys for VF Outdoor, LLC d/b/a The North Face*

**CERTIFICATE OF SERVICE**

I hereby certify that on 31 October 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record pursuant to the Local Rules.

                                  /s/ *Peter Michael Meloy*
                                  Peter Michael Meloy