MELOY LAW FIRM

Peter Michael Meloy
P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@meloylawfirm.com

BALLARD SPAHR LLP

Leita Walker, MN Bar No. 0387095*
Isabella Salomão Nascimento, MN Bar No. 0401408*
2000 IDS Center
80 S. 8th St.
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211
Facsimile:  (612) 371-3207
Email: walkerl@ballardspahr.com
Email: salomaonascimentoi@ballardspahr.com

Seth D. Berlin, DC Bar No. 433611*
1909 K St., NW
12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
Email: berlins@ballardspahr.com
*Pro hac vice applications pending

*Attorneys for Defendant VF Outdoor, LLC d/b/a/ The North Face*

_____

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>                    **Plaintiff**,<br>v.<br><br>MANOAH AINUU, *et al.*,<br><br>                    **Defendants**. | Case No. 2:23-cv-00066-BMM<br><br>**MOTION FOR LEAVE FOR ISABELLA SALOMÃO NASCIMENTO TO APPEAR *PRO HAC VICE*** |

NOW COMES Defendant VF Outdoor, LLC d/b/a The North Face ("The North Face"), incorrectly sued as The North Face Apparel Corp., by and through undersigned counsel, and hereby moves for an Order permitting Isabella Salomão Nascimento to appear *pro hac vice* for all purposes, including being heard in open court, in the above-referenced matter, and in support thereof states:

1. The North Face has retained Isabella Salomão Nascimento of Ballard Spahr LLP to represent it in the matter.

2. Ms. Nascimento is of good moral character and meets the requirements for *pro hac vice* admission under Local Rule 83.1(d).

3. Attached hereto is the affidavit of Ms. Nascimento, as required by Local Rule 83.1(d)(4).

4. Ms. Nascimento does not reside in Montana and is not regularly employed in Montana.

5. The undersigned is a member in good standing of the Bar of this Court and hereby consents to serve as local counsel as required by L.R. 83.1(d)(3).

Based on the foregoing, Defendant The North Face moves the Court for an Order admitting Isabella Salomão Nascimento *pro hac vice* in the above-captioned matter. This motion is accompanied by a proposed order.

DATED this 31st day of October, 2023.

### MELOY LAW FIRM

By: */s/ Peter Michael Meloy*
Peter Michael Meloy
P.O. Box 1241
Helena, MT 59624

*Attorneys for VF Outdoor, LLC d/b/a The North Face*

### CERTIFICATE OF SERVICE

I hereby certify that on 31 October 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record pursuant to the Local Rules.

/s/ *Peter Michael Meloy*
Peter Michael Meloy