MELOY LAW FIRM

Peter Michael Meloy
P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@meloylawfirm.com

BALLARD SPAHR LLP

Leita Walker, MN Bar No. 0387095*
Isabella Salomão Nascimento, MN Bar No. 0401408*
2000 IDS Center
80 S. 8th St.
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211
Facsimile:  (612) 371-3207
Email: walkerl@ballardspahr.com
Email: salomaonascimentoi@ballardspahr.com

Seth D. Berlin, DC Bar No. 433611*
1909 K St., NW
12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
Email: berlins@ballardspahr.com
**Pro hac vice* applications pending

*Attorneys for Defendant VF Outdoor, LLC d/b/a/ The North Face*

_____

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **JOHNATHAN TALBOT,**<br><br>          **Plaintiff**,<br>v.<br><br>**MANOAH AINUU**, *et al.*,<br><br>          **Defendants**. | Case No. 2:23-cv-00066-BMM<br><br>**AFFIDAVIT OF ISABELLA SALOMÃO NASCIMENTO** |

I, Isabella Salomão Nascimento, being duly sworn, depose and say:

1. I am an attorney with the law firm Ballard Spahr LLP.

2. I am a resident of the State of Minnesota. My office address and contact information is as follows:

> 2000 IDS Center
> 80 S. 8th St.
> Minneapolis, MN 55402
> Ph: (612) 371-3211
> Fax: (612) 371-3207
> salomaonascimentoi@ballardspahr.com

3. The corresponding admission fee for this Application will be paid simultaneously with its filing.

4. I am proficient in electronic filing using PACER NextGen, including in the U.S. District Courts for the District of Minnesota, the Southern and Eastern Districts of New York, The Western District of Michigan, and the Eastern District of Wisconsin.

5. I am admitted to the following courts and jurisdictions:

| STATE/COURT | ADMISSION DATE |
|---|---|
| *State Bar Admissions* | |
|    New York | 06/26/2019 |
|    Minnesota | 02/18/2020 |
| *United States Courts of Appeal* | |
|    for the 8th Circuit | 10/19/2021 |
|    for the 6th Circuit | 07/27/2023 |
| *United States District Courts* | |
|    for the District of Minnesota | 06/05/2020 |
|    for the Southern District of New York | 02/14/2023 |
|    for the Eastern District of New York | 02/22/2023 |
|    for the Western District of Michigan | 01/12/2023 |
|    for the Eastern District of Wisconsin | 03/22/2022 |

6. My admission to any of these courts has never been terminated, and I am in good standing and eligible to practice in each.

7. I am not currently suspended or disbarred in any court.

8. I have not ever been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b) or their state equivalent.

9. I have not, within the past two years, made any application to appear *pro hac vice* in this court.

10. I understand that *pro hac vice* admission in this court is personal to the attorney only and is not admission of a law firm and that the attorney will be held fully accountable for the conduct of the litigation in this court.

11. I will conduct myself in accordance with the rules and regulations governing the conduct of attorneys within the State of Montana and this Court. Specifically, I certify that contemporaneously with this filing, I have complied with Montana Rule of Professional Conduct 8.5. I understand that if I am admitted *pro hac vice*, I will be within the disciplinary authority of the State of Montana.

Under penalty of perjury, I declare the foregoing to be true and correct.

Dated this 31st day of October, 2023.

_____
Isabella Salomão Nascimento