UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>                               **Plaintiff**,<br>v.<br><br>MANOAH AINUU, *et al.*,<br><br>                              **Defendants**. | Case No. 2:23-cv-00066-BMM<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF LEITA WALKER** |

Defendant VF Outdoor, LLC d/b/a The North Face, incorrectly sued herein as The North Face Apparel Corp., has moved for the admission of Mary Andreleita ("Leita") Walker to appear before this Court in this case with Montana counsel Peter Michael Meloy of the Meloy Law Firm. Ms. Walker's application being in compliance with L.R. 83.1(d), IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Leita Walker is admitted to appear *pro hac vice* before this Court in the above-entitled matter along with the aforementioned Montana counsel.

DATED this ____ day of October, 2023.

                                                          _____
                                                          The Honorable Brian Morris
                                                          Chief Judge of the District Court