IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHNATHAN TALBOT, | |
| Plaintiff, | CV-23-66-BU-BMM |
| v. | |
| MANOAH AINUU, *et al.*, | **ORDER** |
| Defendants. | |

Defendant VF outdoor, LLC d/b/a The North Face (North Face) has moved for an order allowing Seth Berlin, Esq., Leita Walker, Esq., and Isabella Naciamento to appear *pro hac vice* in this case with Peter Meloy, Esq., designated as local counsel. (Docs. 5, 6 and 7.) The applications of Mr. Deans, Ms. Stepp and Ms. Naciamento appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

North Face's motions to allow Mr. Berlin, Ms. Walker and Ms. Naciamento to appear in this Court (Docs. 5, 6 and 7) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Berlin, Ms. Walker and Ms. Naciamento must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Mr. Berlin, Ms. Walker and Ms. Naciamento must do, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 31st day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court