MELOY LAW FIRM

Peter Michael Meloy
P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@meloylawfirm.com

Leita Walker*
Isabella Salomão Nascimento*
Ballard Spahr LLP
2000 IDS Center
80 S. 8th St.
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211
Facsimile:  (612) 371-3207
Email: walkerl@ballardspahr.com
Email: salomaonascimentoi@ballardspahr.com

Seth D. Berlin*
Ballard Spahr LLP
1909 K St., NW
12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
Email: berlins@ballardspahr.com
*Admitted conditionally *pro hac vice*

*Attorneys for Defendant VF Outdoor, LLC d/b/a/ The North Face*

_____

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **JOHNATHAN TALBOT,**<br><br>        **Plaintiff**,<br><br>v.<br><br>**MANOAH AINUU,** *et al.*,<br><br>        **Defendants**. | Case No. 2:23-cv-00066-BMM<br><br>**ACKNOWLEDGEMENT AND ACCEPTANCE OF ADMISSION** *PRO HAC VICE* **OF LEITA WALKER** |

I hereby acknowledge and accept my admission *pro hac vice* under the terms set forth by the Court in its October 31, 2023 Order. Dkt. 9. I will serve as co-lead counsel on this matter with local counsel Peter Michael Meloy. I shall do my own work. This means that I shall do my own writing; sign my own pleadings, motions, and briefs; and appear and participate personally in all proceedings before the Court. I understand that my admission is personal to me, and not the firm for which I work. I have registered with the Court's electronic filing system.

Mr. Meloy will sign all pleadings, motions, and briefs and any other documents served or filed. Mr. Meloy will exercise all other responsibilities required of him as local counsel in accordance with L.R. 83.1(d)(5).

DATED this 3rd day of November, 2023.

        Respectfully submitted,

        */s/ Leita Walker*
        Leita Walker
        Ballard Spahr LLP
        2000 IDS Center
        80 S. 8th St.
        Minneapolis, MN 55402-2119
        Telephone: (612) 371-3211
        Facsimile: (612) 371-3207
        Email: walkerl@ballardspahr.com

        *Counsel for VF Outdoor, LLC d/b/a The North Face*