AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 23-66-BU-BMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Manoah Ainuu**
was received by me on (date) **11/07/2023**.

☑ I personally served the summons on the individual at (place) Stone Fort/Little Rock 9104 Brow Lake Road, Soddy Daisy, Tennessee 37379 on (date) 11/07/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): Served Summons & Complaint on Mr. Ainuu on or about 11:45 am EST.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/08/2023

*Server's signature*

Natalie Vanallen
*Printed name and title*

516 Chestnut Street
Chattanooga, TN 37402
423-504-2949

*Server's address*

Additional information regarding attempted service, etc: