MELOY LAW FIRM

Peter Michael Meloy
P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@meloylawfirm.com

BALLARD SPAHR LLP

Leita Walker*
Isabella Salomão Nascimento*
2000 IDS Center, 80 S Eighth St.
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211
Facsimile:  (612) 371-3207
Email: walkerl@ballardspahr.com
Email: salomaonascimentoi@ballardspahr.com

Seth D. Berlin*
1909 K St., NW
12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
Email: berlins@ballardspahr.com

*Admitted *pro hac vice*

*Attorneys for Defendant VF Outdoor, LLC d/b/a/ The North Face*

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>**Plaintiff**,<br><br>v.<br><br>MANOAH AINUU, *et al.*,<br><br>**Defendants**. | Case No. 2:23-cv-00066-BMM |

**RULE 7.1 & 7.1-1 NOTICE OF INTERESTED PARTIES &
CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT VF OUTDOOR, LLC d/b/a THE NORTH FACE**

_____

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 7.1-1 of the Local Rules of Procedure, The North Face, a division of VF Outdoor, LLC ("The North Face"), and incorrectly sued as The North Face Apparel Corporation, by and through its undersigned counsel, hereby submits the following Notice of Interested Parties and Corporate Disclosure Statement:

i. The North Face Apparel Corporation is a division of VF Outdoor, LLC, which owns 100% of The North Face Apparel Corporation.

ii. VF Outdoor, LLC, is a wholly-owned subsidiary of V.F. Corporation, a publicly-held corporation, which owns 100% of VF Outdoor, LLC.

iii. Because this is an action based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), the following are the names and citizenship of every individual or entity whose citizenship is attributed to The North Face:

   a. The North Face Apparel Corporation, a Delaware corporation with its principal place of business in Delaware;

   b. VF Outdoor, LLC, a Delaware limited liability company with its principal place of business in Colorado;

   c. V.F. Corporation, a Pennsylvania corporation with its principal place of business in Colorado.

Dated: November 9, 2023

>By: */s/ Peter Michael Meloy*
>**MELOY LAW FIRM**
>
>Peter (Mike) Meloy
>P.O. Box 1241
>Helena, MT 49624
>Telephone: (406) 442-8670
>mike@meloylawfirm.com
>
>Seth Berlin (admitted *pro hac vice*)
>Ballard Spahr LLP
>1909 K Street NW, 12th Floor
>Washington, D.C. 20006
>Telephone: (202) 661-2200
>berlins@ballardspahr.com
>
>Leita Walker (admitted *pro hac vice*)
>Isabella Salomão Nascimento (admitted *pro hac vice*)
>Ballard Spahr LLP
>2000 IDS Center, 80 South 8th Street
>Minneapolis, MN 55402
>Telephone: (612) 371-6222
>walkerl@ballardspahr.com
>salomaonascimentoi@ballardspahr.com
>
>*Attorneys for VF Outdoor, LLC d/b/a The North Face*