

Matthew Monforton
MONFORTON LAW OFFICES, PLLC
32 Kelly Court
Bozeman, Montana 59718
Phone: (406) 570-2949
Fax: (406) 551-6919
matthewmonforton@yahoo.com

Nicholas R. Barry*
Ian Prior*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue S.E. No. 231
Washington, D.C. 20003
Phone: (202) 964-3721
nicholas.barry@aflegal.org
ian.prior@aflegal.org
*(pending approval of pro hac vice admittance)

*Attorneys for Plaintiff Johnathan Talbot*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| Johnathan Talbot,<br><br>    *Plaintiff,*<br><br>vs.<br><br>Manoah Ainuu, and The North Face Apparel Corp., a Delaware Company.<br><br>    *Defendants* | Cause No. CV-23-66-BU-BMM<br><br>**MOTION FOR NICHOLAS R. BARRY TO APPEAR PRO HAC VICE** |

1

The Plaintiff, through his attorney, Matthew G. Monforton, hereby moves this Court for an order admitting Nicholas R. Barry pro hac vice, so that Mr. Barry may appear as co-counsel for the Plaintiff. This Motion is supported by the Affidavit of Nicholas R. Barry, attached hereto as **Exhibit 1.**

I am an attorney for Johnathan Talbot. I am a member of the Bar of this Court who will act as local counsel. This Court and opposing counsel may readily communicate with myself or co-counsel regarding the conduct of this case, and I, together with my co-counsel, will be responsible for participating in this case as required by Local Rule 83.1(d)(5).

Therefore, I request this Court grant this Motion for Admission Pro Hac Vice and allow Nicholas R. Barry to participate as co-counsel for the Plaintiff in this matter.

DATED: November 21, 2023

        Respectfully Submitted,

        /s/ Matthew Monforton

| | |
|---|---|
| Nicholas R. Barry* | Matthew Monforton |
| Ian Prior* | MONFORTON LAW OFFICES, PLLC |
| AMERICA FIRST LEGAL FOUNDATION | 32 Kelly Court |
| 611 Pennsylvania Avenue S.E. No. 231 | Bozeman, Montana 59718 |
| Washington, D.C. 20003 | Phone: (406) 570-2949 |
| Phone: (202) 964-3721 | Fax: (406) 551-6919 |
| nicholas.barry@aflegal.org | matthewmonforton@yahoo.com |
| ian.prior@aflegal.org | |
| *(pro hac vice forthcoming) | |

### CERTIFICATE OF COMPLIANCE PURSUANT TO L. R. 7.1(d)(2)(E)

I hereby certify that this document, excluding caption, tables, and certificate of compliance, contains 387 words, as determined by the word processing software used to prepare this document, specifically Microsoft Word 2007.

DATED: November 21, 2023        Respectfully submitted,

        /s/ Matthew G. Monforton
        Matthew G. Monforton
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 21st day of November, 2023, that a copy of the foregoing will be delivered this day via the Court's ECF system to counsel for Defendant.


DATED: November 21, 2023             Respectfully submitted,

                                     /s/ Matthew G. Monforton
                                     Matthew G. Monforton
                                     Attorney for Plaintiff