Matthew Monforton
MONFORTON LAW OFFICES, PLLC
32 Kelly Court
Bozeman, Montana 59718
Phone: (406) 570-2949
Fax: (406) 551-6919
matthewmonforton@yahoo.com

Nicholas R. Barry*
Ian Prior*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue S.E. No. 231
Washington, D.C. 20003
Phone: (202) 964-3721
nicholas.barry@aflegal.org
ian.prior@aflegal.org
*(pending approval of pro hac vice admittance)

*Attorneys for Plaintiff Johnathan Talbot*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| Johnathan Talbot,<br><br>    *Plaintiff,*<br><br>    v.<br><br>Manoah Ainuu, and The North Face Apparel Corp., a Delaware Company.<br><br>    *Defendants* | Cause No. 2:23-cv-00066-BMM<br><br>**AFFIDAVIT UNDER PENALTY OF PERJURY** |

1

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | ) |
| | ) |
| LOUDOUN COUNTY | ) |

      I, Nicholas R. Barry, pursuant to Rule 83.1(d)(3) of the United States District Court of Montana, being first duly sworn on oath, state as follows:

A. I reside in the State of Tennessee and am an attorney with America First Legal Foundation, located at 611 Pennsylvania Avenue, SE, Suite 231, Washington, D.C. 20003, telephone 571-639-6711, and email: nicholas.barry@aflegal.org.

B. With Plaintiff's Motion for Admission Pro Hac Vice, the appropriate admission fee was paid or will be paid simultaneously with the filing of this application.

C. I am proficient in electronic filing in the United States District Court for the Middle District of Tennessee.

D. I am admitted to practice in the bars of the United States Court of Appeals for the Sixth Circuit as of September 2023 and the United States District Court for the Middle District of Tennessee as of November 2014. I am also admitted to practice in the bar of the State

of Tennessee as of November 2013. None of my admissions have been terminated.

E. I am in good standing and eligible to practice in these courts.

F. I am not currently suspended or disbarred in any other court.

G. I have never been held in contempt, otherwise disciplined by any court for disobedience of its rules or orders or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d), (f), or their state equivalent.

H. I have not concurrently or within the two years proceeding the date of this application made any *pro hac vice* application to this court.

I. I fully understand that my *pro hac vice* admission in this court is personal to me only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this court.

J. I have complied with Mont. R. Prof'l Conduct 8.5. Attached as Exhibit 1 is my agreement to be bound by the Mont. R. Prof'l Conduct 8.5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __17__ day of __November__, 2023.

_____
Nicholas R. Barry

3

Matthew Monforton
MONFORTON LAW OFFICES, PLLC
32 Kelly Court
Bozeman, Montana 59718
Phone: (406) 570-2949
Fax: (406) 551-6919
matthewmonforton@yahoo.com

Nicholas R. Barry*
Ian Prior*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue S.E. No. 231
Washington, D.C. 20003
Phone: (202) 964-3721
nicholas.barry@aflegal.org
ian.prior@aflegal.org
*(pending approval of pro hac vice admittance)*

*Attorneys for Plaintiff Johnathan Talbot*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| Johnathan Talbot ) | |
| ) | |
|    *Plaintiff,* ) | Cause No. 2:23-cv-00066-BMM |
| ) | |
| ) | **AFFIDAVIT UNDER** |
| ) | **PENALTY OF PERJURY** |
| ) | **EXHIBIT A** |
| ) | |
| Manoah Ainuu, and The North ) | |
| Face Apparel Corp., a Delaware ) | |
| Company. ) | |
| ) | |
|    *Defendants* ) | |

# EXHIBIT A

I, Nicholas R. Barry, hereby certify in writing and under oath to this Court that, except as to Rules 6.1 – 6.4 of the Rule of Professional Conduct ("Rules"), I will be bound by these Rules in my practice of law in Montana and will be subject to the discipline authority of Montana.

A copy of this certification will be mailed, contemporaneously, to the business office of the State Bar of Montana in Helena, Montana.

_____
Nicholas R. Barry

Subscribed and sworn before me this __17__ day of November, 2023, by whose identity is known to me.

_____
Notary Public

My commission expires: _____

My Commission Expires
September 8, 2025

ASHLEY HORNER
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY