MELOY LAW FIRM
Peter Michael Meloy
P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@meloylawfirm.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **JOHNATHAN TALBOT,**<br><br>                     **Plaintiff**,<br><br>v.<br><br>**MANOAH AINUU,** *et al.***,**<br><br>                     **Defendants**. | Case No. 2:23-cv-00066-BMM<br><br>**NOTICE OF LIMITED APPEARANCE OF COUNSEL** |

      COMES NOW, Peter Michael Meloy provides this NOTICE that he enters his appearance as counsel for Defendant Manoah Ainuu at this time for the limited purpose of moving for an extension of time for Mr. Ainuu to answer or otherwise respond to the Complaint.

      Until further notice, all communications and other matters related to Mr. Ainuu's status as a party defendant in the above-captioned case should be directed to the undersigned at the address, above, until his Notice of Withdrawal is entered.

      Dated this 27th day of November, 2023.

                                                            */s/ Peter Michael Meloy*