MELOY LAW FIRM

Peter Michael Meloy
P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@melowlawfirm.com

*Attorneys for Defendant Monoah Ainuu*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>        Plaintiff,<br><br>v.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., A Delaware Company,<br><br>        Defendants. | Court File No. CV 23-66-BU-BMM<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

      Defendant, Manoah Ainuu, by and through counsel, hereby moves the Court pursuant to Fed. Rule 12(a) and Local Rule 7.1(c), for an Order extending the time to answer or otherwise respond to Plaintiff's Complaint. The deadline to answer the Complaint is November 28, 2023. Defendant seeks an extension until December 19, 2023, which is the same date that the corporate defendant's responsive pleading is due. Plaintiff, through counsel, has agreed to the December 19 deadline and does not oppose this Motion.

DATED this 27th day of November, 2023.

**MELOY LAW FIRM**

By: */s/Peter Michael Meloy*
Peter Michael Meloy
P.O. Box 1241
Helena, MT 59624
Telephone: (406) 442-8670
Email: mike@melowlawfirm.com

*Attorneys for Defendant Manoah Ainuu*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that, in accordance with Local Rule 7.1(d)(2), the foregoing contains 270 words, excluding the caption, this certificate of compliance, and the certificate of service.

/s/ *Peter Michael Meloy*
Peter Michael Meloy

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of November 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record pursuant to the Local Rules.

/s/ *Peter Michael Meloy*
Peter Michael Meloy