# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>Plaintiff,<br><br>v.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., A Delaware Company,<br><br>Defendants. | Court File No. CV 23-66-BU-BMM<br><br>**[PROPOSED] ORDER UPON STIPULATION OF EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

**COMES NOW**, this ___ day of _____, 2023, pursuant to the Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Complaint, the deadline by which Defendant Manoah Ainuu must answer or otherwise respond to the Complaint is extended until December 19, 2023.

By: _____
The Honorable Brian Morris
Chief Judge of the District Court