# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>               Plaintiff,<br><br>v.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., A Delaware Company,<br><br>               Defendants. | Court File No. CV 23-66-BU-BMM<br><br>**ORDER UPON STIPULATION OF EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Upon the Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Complaint, and with good cause shown, IT IS HEREBY ORDERED that the deadline by which Defendant Manoah Ainuu must answer or otherwise respond to the Complaint is extended until December 19, 2023.

DATED this 27th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court