Matthew Monforton
MONFORTON LAW OFFICES, PLLC
32 Kelly Court
Bozeman, Montana 59718
Phone: (406) 570-2949
Fax: (406) 551-6919
matthewmonforton@yahoo.com

Nicholas R. Barry*
Ian Prior*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue S.E. No. 231
Washington, D.C. 20003
Phone: (202) 964-3721
nicholas.barry@aflegal.org
ian.prior@aflegal.org

*Attorneys for Plaintiff Johnathan Talbot*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| Johnathan Talbot, *Plaintiff,* v. Manoah Ainuu, and The North Face Apparel Corp., a Delaware Company. *Defendants* | Cause No. CV-23-66-BU-BMM **ACKNOWLEDGEMENT AND ACCEPTANCE OF ADMISSISSION OF IAN D. PRIOR** |

1

I hereby acknowledge and accept my admission *pro hac vice* under the terms set forth by the Court in its Order dated November 27, 2023. Doc. 20. I shall do my own work. This means that I shall do my own writing; sign my own pleadings, motions, and briefs; and I or Nicholas Barry will appear and participate in all proceedings before the Court. I understand that my admission is personal to me, and not the firm for which I work. I have registered with the Court's electronic filing system.

Matthew Monforton will serve as co-lead counsel with myself and my colleague Nicholas Barry, who has also been conditionally admitted *pro hac vice* by the Court. Mr. Monforton will sign all pleadings, motions, and briefs, and any other documents served or filed. Mr. Monforton will exercise all other responsibilities required of him as local counsel in accordance with L.R. 83.1(d)(5).

DATED: November 30, 2023.

          Respectfully Submitted,

          /s/ Ian D. Prior

| | |
|---|---|
| Nicholas R. Barry* | Matthew Monforton |
| Ian Prior* | MONFORTON LAW OFFICES, PLLC |
| AMERICA FIRST LEGAL FOUNDATION | 32 Kelly Court |
| 611 Pennsylvania Avenue S.E. No. 231 | Bozeman, Montana 59718 |
| Washington, D.C. 20003 | Phone: (406) 570-2949 |
| Phone: (202) 964-3721 | Fax: (406) 551-6919 |
| nicholas.barry@aflegal.org | matthewmonforton@yahoo.com |
| ian.prior@aflegal.org | |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY this 30th day of November, 2023, that a copy of the foregoing will be delivered this day via the Court's ECF system to counsel for Defendant.

DATED: November 30, 2023

          Respectfully submitted,

          /s/ Matthew G. Monforton
          Matthew G. Monforton
          Attorney for Plaintiff