James H. Goetz
Jeffrey J. Tierney
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Ph:    406-587-0618
Fax:    406-587-5144
Email: jim@goetzlawfirm.com
        jtierney@goetzlawfirm.com

Attorneys for Defendant Manoah Ainuu

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>                    Plaintiff,<br><br>    v.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., A Delaware Company,<br><br>                    Defendants. | Cause No. 2:23-CV-00066-BU-BMM<br>Hon. Brian Morris<br><br><br><br>**NOTICE OF APPEARANCE** |

Defendant Manoah Ainuu notifies this Court that James H. Goetz and

Jeffrey J. Tierney, of Goetz, Geddes & Gardner, P.C., 35 N. Grand Ave., Bozeman,

Montana 59771, hereby appear as Counsel for Defendant Ainuu in the above-

captioned matter.

All further pleadings and correspondence may be served upon Defendant

Ainuu at:

> James H. Goetz
> Jeffrey J. Tierney
> **Goetz, Geddes & Gardner, P.C.**
> 35 N. Grand Ave.
> PO Box 6580
> Bozeman, MT 59771-6580
> jim@goetzlawfirm.com
> jtierney@goetzlawfirm.com

DATED this 8th day of December, 2023.

**GOETZ, GEDDES & GARDNER, P.C.**

Attorneys for Defendant Manoah Ainuu

_____
James H. Goetz
Jeffrey J. Tierney