MELOY LAW FIRM

Peter Michael Meloy
P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@melowlawfirm.com

*Attorneys for Defendant Manoah Ainuu*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP.,<br>A Delaware Company,<br><br>　　　　　Defendants. | Court File No. CV 23-66-BU-BMM<br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

　　　PLEASE TAAKE NOTICE, that Peter Michael Meloy does hereby withdraw as counsel for Defendant Manoah Ainuu. He will continue appearing as counsel for Defendant VF Outdoor LLC dba The North Face.

　　　DATED this 11th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　/*s/ Peter Michael Meloy*

MELOY LAW FIRM

P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@melowlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record pursuant to the Local Rules.

      /s/ *Peter Michael Meloy*
      Peter Michael Meloy