| | |
|---|---|
| MELOY LAW FIRM | BALLARD SPAHR LLP |
| Peter Michael Meloy<br>P.O. Box 1241<br>Helena, MT 49624<br>Telephone: (406) 442-8670<br>Email: mike@meloylawfirm.com | Leita Walker<br>Isabella Salomão Nascimento<br>2000 IDS Center, 80 S Eighth St.<br>Minneapolis, MN 55402-2119<br>Telephone: (612) 371-3211<br>Email:walkerl@ballardspahr.com<br>Email:salomaonascimentoi@ballardspahr.com |
| | Seth D. Berlin<br>1909 K St., NW<br>12th Floor<br>Washington, DC 20006<br>Telephone: (202) 661-2200<br>Email: berlins@ballardspahr.com |

*Attorneys for Defendant VF Outdoor, LLC d/b/a The North Face*

___

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **JOHNATHAN TALBOT,**<br><br>         **Plaintiff**,<br><br>v.<br><br>**MANOAH AINUU**, *et al.*,<br><br>         **Defendants**. | **Case No. 2:23-cv-00066-BMM** |

### COMBINED MOTION TO DISMISS AND SPECIAL MOTION FOR EXPEDITED RELIEF BY DEFENDANT VF OUTDOOR, LLC d/b/a THE NORTH FACE

___

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Section 4.105.020 of the Revised Code of Washington ("RCW"), Defendant VF Outdoor, LLC d/b/a The North Face ("TNF"), incorrectly sued as The North Face Apparel Corporation, respectfully moves to dismiss Plaintiff Johnathan Talbot's Complaint. TNF also respectfully requests that the Court award its attorneys' fees and costs pursuant to RCW § 4.105.090. In accordance with L.R. 7.1, TNF's motion is supported by a separately-filed memorandum of law and the declaration of Leita Walker with attached exhibits.

*Signatures on following page*

Respectfully submitted this 18th day of December, 2023.

By: */s/ Peter Michael Meloy*
Peter Michael Meloy
**MELOY LAW FIRM**
P.O. Box 1241
Helena, MT 59624
Telephone: (406) 442-8670
Email: mike@meloylawfirm.com

By: */s/ Leita Walker*
Leita Walker*
Isabella Salomão Nascimento*
**BALLARD SPAHR LLP**
2000 IDS Center, 80 S Eighth St.
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email:walkerl@ballardspahr.com
Email:salomaonascimentoi@ballardspahr.com

Seth D. Berlin*
**BALLARD SPAHR LLP**
1909 K St., NW
12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
Email: berlins@ballardspahr.com

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on 18 December 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record pursuant to the Local Rules.

                                            /s/ *Leita Walker*
                                            Leita Walker