# Exhibit G

*Instagram*

Log In    Sign Up



**adreadedclimber** • *Follow*
West Oakland

**adreadedclimber** #WeAreFullCircle event celebrating Black excellence in mountaineering in Oakland was such an amazing time. Sharing time, stories, belays with the family was rejuvenating and very much needed. Many thanks to Scott @wegotnextorg for organizing and bringing the community together. Gratitude to @pacificpipe @touchstoneclimbing @soultrakoutdoors @patagoniasf @patagonia @clifbar @yeti @arcteryx @rei for supporting and sponsoring two days of authentic connections.

23w

**544 likes**
June 27

Log in to like or comment.