James H. Goetz
Jeffrey J. Tierney
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Ph:   406-587-0618
Fax:  406-587-5144
Email: jim@goetzlawfirm.com
       jtierney@goetzlawfirm.com

Attorneys for Defendant Manoah Ainuu

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| JOHNATHAN TALBOT,<br><br>  Plaintiff,<br><br>v.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., A Delaware Company,<br><br>  Defendants. | Cause No. 2:23-CV-00066-BU-BMM<br>Hon. Brian Morris<br><br>Manoah Ainuu's<br>Rule 7.1 Disclosure |
|---|---|

Pursuant to Fed R. Civ. P. 7.1(a)(2) and Local Rule 7.1-1, Defendant Manoah Ainuu states that he is a citizen of the State of Montana. He is not currently aware of any non-party with a financial interest in the outcome of this proceeding or that may be liable for any judgment or defense costs.

DATED this 19th day of December, 2023.

**GOETZ, GEDDES & GARDNER, P.C.**

Attorneys for Manoah Ainuu

_____
James H. Goetz
Jeffrey J. Tierney