IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| Johnathan Talbot, *Plaintiff*, v. Manoah Ainuu, and The North Face Apparel Corp., a Delaware Company. *Defendants* | Cause No. CV-23-66-BU-BMM **ORDER EXTENDING DEADLINE TO FILE RESPONSE BRIEFS AND VACATING HEARING** |

Plaintiff Talbot has moved this Court for an extension of time to respond to Defendant's motions to dismiss. Docs. 25, 27. Good cause showing, the motion is GRANTED. Plaintiff shall file his responses to the motions to dismiss on or before January 31, 2024. The hearing set for February 1, 2024, is hereby VACATED and rescheduled for _____, 2024.

DATED this _____ day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court