IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., a Delaware Company,<br><br>　　　　　　　Defendants. | CV-23-66-BU-BMM<br><br>ORDER |

## INTRODUCTION

Plaintiff Johnathan Talbot ("Talbot") has moved the Court for an extension of time to respond to the motions to dismiss filed by Defendant Manoah Ainuu (Doc. 27) and Defendant The North Face Apparel Corp (Collectively "Defendants"). (Doc. 25.) Defendants oppose the motion. (Doc. 31 at 2–3.) The Court finds good cause to extend the deadline for responding to the Defendants' motions. The Court also notes, however, that both parties are represented by multiple competent counsel. Accordingly, the Court enters the following scheduling deadlines. Talbot shall have until January 25, 2024, to respond to Defendants' motions. Defendants shall have until January 30, 2024, to file their replies to Talbot's response. The motion hearing is set for February 1, 2024, at 9:00 a.m. in Butte, Montana.

1

## ORDER

Accordingly, **IT IS ORDERED** that Talbot's Motion for an Extension to File Response Briefs (Doc. 31) is **GRANTED**. It is further ordered that:

1. Talbot shall have until **January 25, 2024**, to file his response brief to Defendants' motions to dismiss.

2. Defendants shall have until **January 30, 2024**, to file their replies to Talbot's response.

Dated this 28th day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court