UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., a Delaware Company,<br><br>　　　　　Defendant. | Case No. CV-23-66-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED: TNT's Motion to Dismiss [25] is GRANTED. TNF's request for costs and fees related to the motion is DENIED. Ainuu's Motion to Dismiss [27] is GRANTED. Ainuu's request for costs and fees related to the motion is DENIED. Talbot's claims against TNF and Ainuu are hereby DISMISSED with prejudice.

　　Dated this 13th day of March, 2024.

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　By: /s/ M. Stewart
　　　　　　　　　　　　　M. Stewart, Deputy Clerk