Matthew Monforton
MONFORTON LAW OFFICES, PLLC
32 Kelly Court
Bozeman, Montana 59718
Phone: (406) 570-2949
Fax: (406) 551-6919
matthewmonforton@yahoo.com

Nicholas R. Barry
Ian Prior
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue S.E. No. 231
Washington, D.C. 20003
Phone: (202) 964-3721
nicholas.barry@aflegal.org
ian.prior@aflegal.org

*Attorneys for Plaintiff Johnathan Talbot*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| Johnathan Talbot | ) | |
|---|---|---|
| *Plaintiff,* | ) ) ) | Cause No. CV-23-66-BU-BMM |
| v. | ) ) ) | **NOTICE OF APPEAL** |
| Manoah Ainuu, and The North Face Apparel Corp., a Delaware Company. | ) ) ) ) | |
| *Defendants.* | ) | |

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE THAT Plaintiff Johnathan Talbot appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this case on March 13, 2024. Doc. 39.

Plaintiff's Representative Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

DATED: March 29, 2024

                Respectfully submitted,

                Monforton Law Offices, PLLC

                By:   /s/ Matthew G. Monforton
                          Matthew G. Monforton
                          Attorney for Plaintiffs

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiffs identify the following parties to this action, as well as their counsel of record.

1. Appellant Johnathan Talbot:

    Counsel:   Matthew G. Monforton, Mont. Bar No. 5245
    Monforton Law Offices, PLLC
    32 Kelly Court
    Bozeman, Montana 59718
    Telephone: (406) 570-2949
    Facsimile: (406) 551-6919
    matthewmonforton@yahoo.com

    Nicholas R. Barry
    Ian Prior
    AMERICA FIRST LEGAL FOUNDATION
    611 Pennsylvania Avenue
    S.E. No. 231
    Washington, D.C. 20003
    Phone: (202) 964-3721
    nicholas.barry@aflegal.org
    ian.prior@aflegal.org

2. Appellee Manoah Ainuu

    Counsel:   James H. Goetz
    Jeffrey J. Tierney
    GOETZ, GEDDES & GARDNER, P.C.
    35 North Grand Ave.
    P.O. Box 6580

        Bozeman, MT 59771-6580
        Ph: 406-587-0618
        Fax: 406-587-5144
        Email: jim@goetzlawfirm.com
        jtierney@goetzlawfirm.com

3. Appellee The North Face:

        Peter Michael Meloy
        MELOY LAW FIRM
        P.O. Box 1241
        Helena, MT 49624
        Telephone: (406) 442-8670
        Email: mike@meloylawfirm.com

        Leita Walker
        Isabella Salomão Nascimento
        BALLARD SPAHR LLP
        2000 IDS Center, 80 S Eighth St.
        Minneapolis, MN 55402-2119
        Telephone: (612) 371-3211
        Email:walkerl@ballardspahr.com
        salomaonascimentoi@ballardspahr.com

        Seth D. Berlin
        BALLARD SPAHR LLP
        1909 K St., NW
        12th Floor
        Washington, DC 20006
        Telephone: (202) 661-2200
        Email: berlins@ballardspahr.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 29, 2024, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification to counsel for all parties.

DATED: March 29, 2021

                        Respectfully submitted,

                        Monforton Law Offices, PLLC

                        By:   /s/ Matthew G. Monforton
                                Matthew G. Monforton
                                Attorney for Plaintiff