MELOY LAW FIRM

Peter Michael Meloy
P.O. Box 1241
Helena, MT 49624
Telephone: (406) 442-8670
Email: mike@meloylawfirm.com

BALLARD SPAHR LLP

Leita Walker
Isabella Salomão Nascimento
2000 IDS Center, 80 S Eighth St.
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211
Email: walkerl@ballardspahr.com
Email: salomaonascimentoi@ballardspahr.com

Seth D. Berlin
1909 K St., NW
12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Email: berlins@ballardspahr.com

*Attorneys for Defendant VF Outdoor, LLC d/b/a The North Face*

___

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **JOHNATHAN TALBOT,**<br><br>           **Plaintiff**,<br><br>v.<br><br>**MANOAH AINUU**, *et al.*,<br><br>           **Defendants**. | **Case No. 2:23-cv-00066-BMM**<br><br>**NOTICE OF CROSS-APPEAL** |

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that Defendant VF Outdoor, LLC d/b/a The North Face ("TNF") hereby cross-appeals to the United States Court of Appeals for the Ninth Circuit that portion of the Order entered in this case on March 1, 2024 denying TNF's Special Motion for Expedited Relief under Revised Code of Washington Section 4.105.020 and thereby rejecting TNF's request for attorneys' fees and costs thereunder.  *See* ECF No. 38, at 10-12, 25(1) (the "March 1, 2024 Order").  The March 1, 2024 Order was incorporated into the final judgment entered by the Court on March 13, 2024.  *See* ECF No. 39.

TNF's Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Respectfully submitted this 3rd day of April, 2024.

                By: */s/ Peter Michael Meloy*
                Peter Michael Meloy
                **MELOY LAW FIRM**
                P.O. Box 1241
                Helena, MT 59624
                Telephone: (406) 442-8670
                Email: mike@meloylawfirm.com

                By: */s/ Leita Walker*
                Leita Walker*
                Isabella Salomão Nascimento*
                **BALLARD SPAHR LLP**
                2000 IDS Center, 80 S Eighth St.
                Minneapolis, MN 55402-2119
                Telephone: (612) 371-3211
                Facsimile: (612) 371-3207
                Email: walkerl@ballardspahr.com
                Email: salomaonascimentoi@ballardspahr.com

                Seth D. Berlin*
                **BALLARD SPAHR LLP**
                1909 K St., NW
                12th Floor
                Washington, DC 20006
                Telephone: (202) 661-2200
                Facsimile: (202) 661-2299
                Email: berlins@ballardspahr.com

                *Admitted pro hac vice*

*Attorneys for Defendant VF Outdoor, LLC d/b/a The North Face*

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), TNF identifies the following parties to this action, their counsel of record, and counsels' contact information.

1. **Plaintiff-Appellant Johnathan Talbot**

    Counsel:   Matthew G. Monforton
    MONFORTON LAW OFFICE, PLLC
    32 Kelly Court
    Bozeman, MT 59718
    Tel: (406) 570-2949
    matthewmonforton@yahoo.com

    Nicholas R. Barry
    Ian Prior
    AMERICA FIRST LEGAL FOUNDATION
    611 Pennsylvania Avenue SE No. 231
    Washington, D.C. 20003
    Tel: (202) 964-3721
    Nicholas.barry@aflegal.org
    Ian.prior@aflegal.org

2. **Defendant-Appellee Manoah Ainuu**

    Counsel:   James H. Goetz
    Jeffrey J. Tierney
    GOETZ, GEDDES, & GARDNER, P.C.
    35 North Grand Ave.
    P.O. Box 6580
    Bozeman, MT 59771-6580
    Tel: (406) 587-0618
    jim@goetzlawfirm.com
    jtierney@goetzlawfirm.com

3. **Defendant-Appellee/Cross-Appellant VF Outdoor, LLC d/b/a The North Face**

Counsel:   Peter Michael Meloy
MELOY LAW FIRM
P.O. Box 1241
Helena, MT 49624
Tel: (406) 442-8670
mike@meloylawfirm.com

Leita Walker
Isabella Salomão Nascimento
BALLARD SPAHR LLP
2000 IDS Center, 80 S Eighth St.
Minneapolis, MN 55402-2119
Tel: (612) 371-3211
walkerl@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth Berlin
BALLARD SPAHR LLP
1909 K St. NW
12th Floor
Washington, D.C. 20006
Tel: (202) 661-2200
berlins@ballardspahr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 3 April 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record pursuant to the Local Rules.

/s/ *Leita Walker*
Leita Walker