James H. Goetz
Jeffrey J. Tierney
**GOETZ, GEDDES & GARDNER, P.C.**
35 North Grand Ave.
P.O. Box 6580
Bozeman, MT 59771-6580
Ph:    406-587-0618
Fax:   406-587-5144
Email: jim@goetzlawfirm.com
       jtierney@goetzlawfirm.com

Attorneys for Defendant Manoah Ainuu

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| JOHNATHAN TALBOT,<br><br>                Plaintiff,<br>   v.<br><br>MANOAH AINUU, and THE NORTH FACE APPAREL CORP., A Delaware Company,<br><br>                Defendants. | Cause No. 2:23-CV-00066-BU-BMM<br>Hon. Brian Morris<br><br><br><br>**NOTICE OF CROSS-APPEAL** |

TO THE CLERK OF COURT:

      PLEASE TAKE NOTICE that Defendant Manoah Ainuu hereby cross-appeals to the United States Court of Appeals for the Ninth Circuit that portion of the Order entered in this case on March 1, 2024 denying Defendant Ainuu's Special Motion for Expedited Relief under Revised Code of Washington Section

4.105.020 and thereby rejecting Defendant Ainuu's request for attorneys' fees and costs thereunder. *See* ECF No. 38, at 10-12, 25(1) (the "March 1, 2024 Order"). The March 1, 2024 Order was incorporated into the final judgment entered by the Court on March 13, 2024. *See* ECF No. 39.

Defendant Ainuu's Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

DATED this 3rd day of April, 2024.

GOETZ, GEDDES & GARDNER, P.C.

Attorneys for Defendant Manoah Ainuu

_____
James H. Goetz
Jeffrey J. Tierney

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Defendant Manoah Ainuu identifies the following parties to this action, their counsel of record, and counsels' contact information.

1. **Plaintiff-Appellant/Cross-Appellee Johnathan Talbot**

    Counsel: Matthew G. Monforton
    Monforton Law Office, PLLC
    32 Kelly Court
    Bozeman, MT 59718
    Tel: (406) 570-2949
    matthewmonforton@yahoo.com

    Nicholas R. Barry
    Ian Prior
    America First Legal Foundation
    611 Pennsylvania Avenue SE No. 231
    Washington, D.C. 20003
    Tel: (202) 964-3721
    Nicholas.barry@aflegal.org
    Ian.prior@aflegal.org

2. **Defendant-Appellee/Cross-Appellant Manoah Ainuu**

    Counsel: James H. Goetz
    Jeffrey J. Tierney
    Goetz, Geddes, & Gardner, P.C.
    35 North Grand Ave.
    P.O. Box 6580
    Bozeman, MT 59771-6580
    Tel: (406) 587-0618
    jim@goetzlawfirm.com
    jtierney@goetzlawfirm.com

3. **Defendant-Appellee/Cross-Appellant VF Outdoor, LLC d/b/a The North Face**

   Counsel: Peter Michael Meloy
   Meloy Law Firm
   P.O. Box 1241
   Helena, MT 49624
   Tel: (406) 442-8670
   mike@meloylawfirm.com

   Leita Walker
   Isabella Salomão Nascimento
   Ballard Spahr LLP
   2000 IDS Center, 80 S Eighth St.
   Minneapolis, MN 55402-2119
   Tel: (612) 371-3211
   walkerl@ballardspahr.com
   salomaonascimentoi@ballardspahr.com

   Seth Berlin
   Ballard Spahr LLP
   1909 K St. NW
   12th Floor
   Washington, D.C. 20006
   Tel: (202) 661-2200
   berlins@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record pursuant to the Local Rules.

_____
Jeffrey J. Tierney